UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DONALD HEIMSTAEDT and TODD KORTE,                Case No.: 07CIV9389

                Plaintiffs,

  -against-                                       PREM.AIR GROUP LLC's
                                                                                         FRCP § 7.1 DISCLOSURE
PREM.AIR NEW YORK, LLC, PREM.AIR GROUP
OF NEW YORK, LLC, PREM.AIR GROUP, LLC,           (Rakoff, J)
MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS,
ERIC BERKOWITZ, MCQUAY NEW YORK PROFIT
SHARING PLAN, and XYZ TRUSTEES OF THE
MCQUAY NEW YORK, LLC 401(k) PROFIT
SHARING PLAN,

                Defendants.
------------------------------------------------------------------------X

       Defendant Prem.Air Group, LLC by its attorneys, Arthur J. Semetis, P.C., 286 Madison Avenue, 14th Floor, New York, New York 10017, pursuant to FRCP § 7.1 states as follows:

       1. Defendant Prem.Air Group, LLC is a limited liability company formed and existing under the laws of the State of New York and does not have a parent corporation or any publicly held corporation owning an interest of more than ten percent (10%) of Prem.Air Group, LLC.

       **WHEREFORE,** Prem.Air Group, LLC, respectfully sets forth the foregoing pursuant to FRCP § 7.1.

Dated: December 30, 2007
       New York, New York

                                          Arthur J. Semetis, P.C.

                                                      /s/
                                      By:_____
                                        Constantine T. Tzifas (CT-9348)
                                  Attorneys for Prem.Air Group, LLC.
                                  286 Madison Avenue – 14th Floor
                                  New York, New York 10017
                                  (212) 557-5055

CERTIFICATE OF SERVICE

**CONSTANTINE T. TZIFAS**, an attorney duly admitted to practice before United States District Court for the Southern District of New York affirms under the penalties of perjury:

On December 30, 2007, deponent served the within "FRCP § 7.1 DISCLOSURE" upon:

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, New York 10022

by delivering true copies, via first class mail under the exclusive custody and control of the U.S. Postal Service, of same to the above addresses.

/s/
_____
Constantine T. Tzifas