UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DONALD HEIMSTAEDT and TODD KORTE,   Case No.: 07CIV9389

           Plaintiffs,

  -against-   PREM.AIR GROUP OF
NEW YORK LLC's
PREM.AIR NEW YORK, LLC, PREM.AIR GROUP   FRCP § 7.1 DISCLOSURE
OF NEW YORK, LLC, PREM.AIR GROUP, LLC,
MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS,   (Rakoff, J)
ERIC BERKOWITZ, MCQUAY NEW YORK PROFIT
SHARING PLAN, and XYZ TRUSTEES OF THE
MCQUAY NEW YORK, LLC 401(k) PROFIT
SHARING PLAN,

           Defendants.
------------------------------------------------------------------------X

    Defendant Prem.Air Group of New York, LLC by its attorneys, Arthur J. Semetis, P.C., 286 Madison Avenue, 14th Floor, New York, New York 10017, pursuant to FRCP § 7.1 states as follows:

    1. Defendant Prem.Air Group of New York, LLC is a limited liability company formed and existing under the laws of the State of New York and does not have a parent corporation or any publicly held corporation owning an interest of more than ten percent (10%) of Prem.Air Group of New York, LLC.

    **WHEREFORE,** Prem.Air Group of New York, LLC, respectfully sets forth the foregoing pursuant to FRCP § 7.1.

Dated:  December 30, 2007
       New York, New York

                          Arthur J. Semetis, P.C.

                              /s/
                        By:_____
                          Constantine T. Tzifas (CT-9348)
                      Attorneys for Prem.Air Group of New York, LLC.
                      286 Madison Avenue – 14th Floor
                      New York, New York 10017
                      (212) 557-5055

CERTIFICATE OF SERVICE

**CONSTANTINE T. TZIFAS**, an attorney duly admitted to practice before United States District Court for the Southern District of New York affirms under the penalties of perjury:

On December 30, 2007, deponent served the within "FRCP § 7.1 DISCLOSURE" upon:

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, New York 10022

by delivering true copies, via first class mail under the exclusive custody and control of the U.S. Postal Service, of same to the above addresses.

/s/
_____
Constantine T. Tzifas