UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DONALD HEIMSTAEDT and TODD KORTE,

    Plaintiffs,

-against-

PREM.AIR NEW YORK, LLC, PREM.AIR GROUP OF NEW YORK, LLC, PREM.AIR GROUP, LLC, MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS, ERIC BERKOWITZ, MCQUAY NEW YORK, LLC 401(K) PROFIT SHARING PLAN, and XYZ TRUSTEES OF THE MCQUAY NEW YORK, LLC 401(K) PROFIT SHARING PLAN,

    Defendants.

CIVIL ACTION NO. ~~1:05-CV-02186 (SCR)~~

*07cv9389(JSR)*

Civil Action

**ORDER ADMITTING ADAM J. SKLAR, ESQ. *PRO HAC VICE* AS COUNSEL FOR PLAINTIFFS ON WRITTEN MOTION**

---

**UPON THE MOTION** of Randi W. Kochman, Esq., Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Plaintiffs Donald Heimstaedt and Todd Korte and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that,

    Adam J. Sklar, Esq.

    Cole, Schotz, Meisel, Forman & Leonard P.A.

    900 Third Avenue – 16th Floor

    New York, New York 10022

    and

    25 Main Street, Hackensack, New Jersey 07601

    (212) 752 8000 and (201) 525-6234



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08

44630/0001-1502941v1

(201) 678-6234

asklar@coleschotz.com

is admitted to practice *pro hac vice* for Plaintiffs, Donald Heimstaedt and Todd Korte, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ESC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~December __, 2007~~ 1/10/08
New York, New York

_____
Hon. Jed S. Rakoff, U.S.D.J.

44630/0001-1502941v1