Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONALD HEIMSTAEDT and TODD KORTE,

        Plaintiffs,

-against-

PREM.AIR NEW YORK, LLC, PREM.AIR GROUP
OF NEW YORK, LLC, PREM.AIR GROUP, LLC,
MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS,
ERIC BERKOWITZ, MCQUAY NEW YORK PROFIT
SHARING PLAN, and XYZ TRUSTEES OF THE
MCQUAY NEW YORK, LLC 401(k) PROFIT
SHARING PLAN,

        Defendants.
-------------------------------------------------------------X

Civil Action No.:
07CV9389 (JSR)

**PARTIAL STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

It is hereby stipulated to by the undersigned attorneys for all of the parties hereto that the fourth cause of action for breach of contract is hereby discontinued with prejudice against only defendants George Koutsos i/n/a George Koutssos and Eric Berkowitz. This stipulation may be executed by counterpart facsimile.

Dated: February 19, 2008

Cole, Schotz, Meisel, Forman & Leonard, P.A.

By: _____
Randi W. Kochman, Esq. (RWK2424)
Attorney for Plaintiffs
Donald Heimstaedt and Todd Korte
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602

Arthur J. Semetis, P.C.

By: _____
Arthur J. Semetis, Esq. (AJS-8477)
Attorneys for Prem.Air Group of
New York LLC f/k/a McQuay
New York LLC, Prem.Air Group,
LLC, George Koutsos i/n/a
George Koutssos, Eric Berkowitz,
Prem.Air NY 401(k) Profit Sharing
Plan f/k/a McQuay New York LLC
401(k) Profit Sharing Plan i/n/a
McQuay New York Profit Sharing
Plan, and XYZ Trustees of the
Prem.Air NY 401(k) Profit Sharing
Plan f/k/a McQuay New York,
LLC 401(k) Profit Sharing Plan
286 Madison Avenue, 14th Floor
New York, New York 10017
(212) 557-5055