```
N. JUN. 1.2006  4:29PM   Corporation Service Company         ALBA NO. 0542  P. 2 -0001
DIVISION OF CORPORATIONS

                              FILING RECEIPT
================================================================================
ENTITY NAME: PREM.AIR GROUP, LLC

                                                          COUNTY: QUEE
DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)
                                                          SERVICE CODE: 45 *
SERVICE COMPANY: CORPORATION SERVICE COMPANY
================================================================================
FILED:05/31/2006  DURATION:*********  CASH#:060531001189  FILM #:060531001100
                                                          EXIST DATE
ADDRESS FOR PROCESS                                       ----------
-------------------                                       05/31/2006

THE LLC
43-24 21ST STREET SUITE 201
LONG ISLAND CITY, NY 11101

REGISTERED AGENT
----------------
```

```
                              ================================================
                              FEES       385.00   PAYMENTS       385.00
FILER                         ----                ----
-----                         FILING     200.00   CASH             0.00
                              TAX          0.00   CHECK            0.00
                              CERT         0.00   CHARGE           0.00
ARTHUR J SEMETIS PC           COPIES      10.00   DRAWDOWN       385.00
14TH FLOOR                    HANDLING   175.00   OPAL             0.00
21 EAST 40TH STREET                               REFUND           0.00
NEW YORK, NY 10016                                ------
                              ================================================
                                                          DOS-1025 (11/89)
14369MPJ
```