## W-2 Wage and Tax Statement — 2006

**Form 1 of 2**

| Box | Field | Value |
|---|---|---|
| a | Control number | 000063 01/4FZ |
| | OMB No. | 1545-0008 4FZ  300  000063 |
| b | Employer identification number (EIN) | 11-3484710 |
| c | Employer's name, address, and ZIP code | MCQUAY NEW YORK LLC<br>43-24 21 STREET<br>LONG ISLAND CITY NY 11101 |
| 1 | Wages, tips, other compensation | 219523.41 |
| 2 | Federal income tax withheld | 54640.30 |
| 3 | Social security wages | 94200.00 |
| 4 | Social security tax withheld | 5840.40 |
| 5 | Medicare wages and tips | 230773.41 |
| 6 | Medicare tax withheld | 3346.21 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| e | Employee's first name and initial / Last name | DONALD S  HEIMSTAEDT<br>200 W 58TH ST #10D<br>NEW YORK NY 10019 |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | D  11250.00 |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | Retirement plan: X |
| 14 | Other | 41.50 SDI |
| 15 | State / Employer's state ID number | NY  11-3484710 |
| 16 | State wages, tips, etc. | 219523.41 |
| 17 | State income tax | 14190.57 |
| 18 | Local wages, tips, etc. | 219523.41 |
| 19 | Local income tax | 7906.32 |
| 20 | Locality name | NYC RES |

Copy D—For Employer. Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**Form 2 of 2**

| Box | Field | Value |
|---|---|---|
| a | Control number | 000069 01/4FZ |
| | OMB No. | 1545-0008 4FZ  300  000069 |
| b | Employer identification number (EIN) | 11-3484710 |
| c | Employer's name, address, and ZIP code | MCQUAY NEW YORK LLC<br>43-24 21 STREET<br>LONG ISLAND CITY NY 11101 |
| 1 | Wages, tips, other compensation | 21607.31 |
| 2 | Federal income tax withheld | 5974.90 |
| 3 | Social security wages | 21607.31 |
| 4 | Social security tax withheld | 1339.65 |
| 5 | Medicare wages and tips | 21607.31 |
| 6 | Medicare tax withheld | 313.31 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| e | Employee's first name and initial / Last name | TODD MICHAEL  KORTE<br>400 E 55TH ST #7G<br>NEW YORK NY 10022 |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 13 | Statutory employee / Retirement plan / Third-party sick pay | |
| 14 | Other | 3.90 SDI |
| 15 | State / Employer's state ID number | NY  11-3484710 |
| 16 | State wages, tips, etc. | 21607.31 |
| 17 | State income tax | 1524.14 |
| 18 | Local wages, tips, etc. | 21607.31 |
| 19 | Local income tax | 125.79 |
| 20 | Locality name | NYC RES |

Copy D—For Employer. Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.