Exhibit 3

JUL. 19. 2006  4:10PM    Corporation Service Company ALB        NO. 0978   P. 4/5

f060718000738



New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
41 State Street
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF AMENDMENT
# OF
# ARTICLES OF ORGANIZATION
# OF

MCQUAY NEW YORK, LLC
*(Insert Name of Domestic Limited Liability Company)*

Under Section 211 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is: MCQUAY NEW YORK, LLC

If the name of the limited liability company has been changed, the name under which it was organized is: M. New York, LLC

**SECOND:** The date of filing of the articles of organization is: 4/8/99

**THIRD:** The amendment effected by this certificate of amendment is as follows: (Set forth each amendment in a separate paragraph providing the subject matter and full text of each amended paragraph. For example, an amendment changing the name of the limited liability company would read as follows: Paragraph *First* of the Articles of Organization relating to *the limited liability company name* is hereby amended to read as follows: *First: The name of the limited liability company is ... (new name) ...*)

Paragraph First of the Articles of Organization relating to the name of the LLC

is hereby amended to read as follows:

FIRST: The name of the limited liability company is: PREM-AIR GROUP OF NEW YORK, LLC

X /s/ George Koutsos
*(Signature)*

George Koutsos
*(Type or print name)*

Member
*(Title of signer)*

DOS-1358 (10/03)

F 060718000 738

# CERTIFICATE OF AMENDMENT
## OF
## ARTICLES OF ORGANIZATION
## OF

__MCQUAY NEW YORK, LLC__
*(Insert Name of Domestic Limited Liability Company)*

Under Section 211 of the Limited Liability Company Law

CSC 45 DRAW DOWN

Filed by: ARTHUR J. SEMETIS, P.C.
*(Name)*

21 EAST 40TH STREET    14TH FLOOR
*(Mailing address)*

NEW YORK, NY 10016
*(City, State and Zip code)*

CUSTOMER REF. #
247784MPJ

2006 JUL 18 PM 3: 15

NOTE: This form was prepared by the New York State Department of State for filing a certificate of amendment of a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal supply stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $60 filing fee made payable to the Department of State.

*(For office use only.)*

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED JUL 1 8 2006
TAX $
BY:

RECEIVED 2006 JUL 18 PM 2:09

819