EXHIBIT "A"



Air Conditioning Products & Services

April 2, 2007

Mr. Donald Heimstaedt
200 West 58th Street, Apt. 10D
New York, NY 10019

Dear Don:

This shall confirm that your employment with Prem.Air New York LLC is hereby terminated effectively immediately.

Please return all property of Prem.Air New York LLC to the undersigned immediately. This property includes, but is not limited to, a laptop computer and keys to the office. Please contact me to arrange the return of this property. In addition, please call me to discuss the current status of your work on Prem.Air's customers.

Finally, you may only enter Prem.Air's offices by prior appointment with me.

Very truly yours,

Prem . Air Group of New York, LLC

George J. Koutsos
President

GJK:db

c   Ron Hanlon, McQuay International
    Eric Roberts, McQuay International
    Pat Middleton, McQuay International