**EXHIBIT "1"**

| Box | Field | Value |
|---|---|---|
| a | Control number | 000069  4FZ |
| | Void | ☐ |
| | OMB No. | 1545-0008  4FZ |
| | | 300   000069 |
| 1 | Wages, tips, other compensation | 92820.21 |
| 2 | Federal income tax withheld | 19441.35 |
| b | Employer identification number | 11-3484710 |
| 3 | Social security wages | 87900.00 |
| 4 | Social security tax withheld | 5449.80 |
| c | Employer's name, address, and ZIP code | MCQUAY NEW YORK LLC<br>43-24 21 STREET<br>LONG ISLAND CITY NY 11101 |
| 5 | Medicare wages and tips | 94190.18 |
| 6 | Medicare tax withheld | 1365.76 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| d | Employee's social security number | 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 |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | D  1369.97 |
| e | Employee's first name and initial / Last name | TODD MICHAEL  KORTE<br>400 E 55TH ST #7G<br>NEW YORK NY 10022 |
| 13 | Statutory employee ☐ / Retirement plan ☒ / Third-party sick pay ☐ | |
| 12b | | |
| 14 | Other | 31.20  NY SDI |
| 12c | | |
| 12d | | |
| 15 | State / Employer's state ID number | NY / 11-3484710 |
| 16 | State wages, tips, etc. | 92820.21 |
| 17 | State income tax | 5449.54 |
| 18 | Local wages, tips, etc. | 92820.21 |
| 19 | Local income tax | 3210.93 |
| 20 | Locality name | NYC RES |

Form **W-2** Wage and Tax Statement   **2004**

Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

| a Control number 000069  4FZ | Void ☐ | OMB No. 1545-0008 4FZ | 300  000069 |
|---|---|---|---|

| b Employer identification number (EIN)  11-3484710 | 1 Wages, tips, other compensation  127068.84 | 2 Federal income tax withheld  29896.21 |
|---|---|---|
| c Employer's name, address, and ZIP code  MCQUAY NEW YORK LLC  43-24 21 STREET  LONG ISLAND CITY NY 11101 | 3 Social security wages  90000.00 | 4 Social security tax withheld  5580.00 |
|  | 5 Medicare wages and tips  127068.84 | 6 Medicare tax withheld  1842.50 |
|  | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number  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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name  TODD MICHAEL         KORTE  400 E 55TH ST #7G  NEW YORK NY 10022 | 11 Nonqualified plans | 12a See instructions for box 12 |
|  | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|  | 14 Other  35.10 NY SDI | 12c |
|  |  | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 11-3484710 | 127068.84 | 8155.63 | 127068.84 | 4645.14 | NYC RES |

Form **W-2** Wage and Tax Statement      **2005**

Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

Copy D—For Employer.

| a Control number 000063 4FZ | Void ☐ | OMB No. 1545-0008 4FZ | 300 | 000063 |
|---|---|---|---|---|

| b Employer identification number 11-3484710 | 1 Wages, tips, other compensation 127300.97 | 2 Federal income tax withheld 25945.91 |
|---|---|---|

| c Employer's name, address, and ZIP code MCQUAY NEW YORK LLC 43-24 21 STREET LONG ISLAND CITY NY 11101 | 3 Social security wages 87900.00 | 4 Social security tax withheld 5449.80 |
|---|---|---|
| | 5 Medicare wages and tips 138550.97 | 6 Medicare tax withheld 2008.99 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial DONALD S   Last name HEIMSTAEDT 200 W 58TH ST #10D NEW YORK NY 10019 | 11 Nonqualified plans | 12a See instructions for box 12  D  11250.00 |
|---|---|---|
| | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | 14 Other  31.20  NY SDI | 12c |
| | | 12d |

| f Employee's address and ZIP code | | | | | |
|---|---|---|---|---|---|
| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| NY  11-3484710 | 127300.97 | 7858.72 | 127300.97 | 4143.32 | NYC RES |

Form **W-2** Wage and Tax Statement  **2004**

Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

| a Control number 000063    4FZ | Void ☐ | OMB No. 1545-0008 4FZ | | 300 | 000063 |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 11-3484710 | | 1 Wages, tips, other compensation 233430.03 | | 2 Federal income tax withheld 53185.25 | |
| c Employer's name, address, and ZIP code MCQUAY NEW YORK LLC 43-24 21 STREET LONG ISLAND CITY NY 11101 | | 3 Social security wages 90000.00 | | 4 Social security tax withheld 5580.00 | |
| | | 5 Medicare wages and tips 244211.28 | | 6 Medicare tax withheld 3541.06 | |
| | | 7 Social security tips | | 8 Allocated tips | |
| d Employee's social security number 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 | | 9 Advance EIC payment | | 10 Dependent care benefits | |
| e Employee's first name and initial   Last name DONALD S   HEIMSTAEDT 200 W 58TH ST #10D NEW YORK NY 10019 | | 11 Nonqualified plans | | 12a See instructions for box 12 D  10781.25 | |
| | | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | | 12b | |
| | | 14 Other 41.60 NY SDI | | 12c | |
| | | | | 12d | |
| f Employee's address and ZIP code | | | | | |
| 15 State  Employer's state ID number NY  11-3484710 | 16 State wages, tips, etc. 233430.03 | 17 State income tax 15429.19 | 18 Local wages, tips, etc. 233430.03 | 19 Local income tax 7746.11 | 20 Locality name NYC RES |

Form **W-2** Wage and Tax Statement    **2005**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

Copy D—For Employer.