**EXHIBIT "2"**

## Deposit Ticket

ORDER NO. 01032778463-001   CUSTOMER NO. 0040526120049

**DEPOSIT TICKET**

DATE Nov 16, 2006

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
EACH ITEM MUST BE PROPERLY ENDORSED

|  | DOLLARS | CENTS |
|---|---|---|
| CURRENCY |  |  |
| COIN |  |  |
| CHECKS |  |  |
| 1 | 611 | 00 |

McQUAY NEW YORK, LLC
43-24 21ST STREET
LONG ISLAND CITY, NY 11101

FLEET 1-32/210

$ 611,100.00

TOTAL ITEMS

TOTAL  611100

PLEASE RE-ENTER TOTAL HERE

Checks and other items are received for deposit subject to the provisions of the Uniform Commercial Code or any applicable collection agreement.

---

## conEdison Remittance

4 IRVING PLACE
NEW YORK, NY 10003

**REMITTANCE STATEMENT**

PLEASE INDICATE CONSPICUOUSLY THIS UNIQUE CODE ON FUTURE INVOICES

PAYEE CODE: MB291

| VOUCHER NUMBER | INVOICE DATE | REFERENCE | AMOUNT OF INVOICE | DISCOUNT | DATE PAID | TOTAL |
|---|---|---|---|---|---|---|
| 061104793 | 051030 | 12198 | 630,000.00 LESS SALES TAX–DIRECT PAY PERMIT | 18,900.00 DP 000025 | 11/15/06 | 611,100.00 |
| TOTAL | | | 630,000.00 | 18,900.00 | | 611,100.00 |

Handwritten: "Fleet Bank Loans + Exchange"

CHECK NUMBER  859891
E859891

THE ENCLOSED CHECK IS TENDERED IN FULL PAYMENT OF ITEMS ENUMERATED ABOVE. IF INCORRECT, PLEASE RETURN TO CASH CONTROL.

⑈5160⑈ 1350: 94870 999 26⑈

---

## Bank of America Customer Receipt

Tran 00134  11/16/2006  14:01  NNY
B/TL 54004D106  CC 002882  TLR 00007
HOLDS APPLIED
Account  ************6625
deposit  $611,100.00

Thank you for banking with Bank of America.
Try Online Banking at www.bankofamerica.com
Please retain this receipt until you receive your account statement.

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided by law. Payments are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received after the Bank's posted cut-off time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.

95-14-20858  08-2004