UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DONALD HEIMSTAEDT and TODD KORTE,

          *Plaintiffs,*

-*against*-

PREM.AIR NEW YORK, LLC, PREM.AIR GROUP
OF NEW YORK, LLC, PREM.AIR GROUP, LLC,
MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS,
ERIC BERKOWITZ, MCQUAY NEW YORK PROFIT
SHARING PLAN, and XYZ TRUSTEES OF THE
MCQUAY NEW YORK, LLC 401(k) PROFIT
SHARING PLAN,

          *Defendants.*

------------------------------------------------------------X

Civil Action No.: 07 CIV 9389 (JSR)

**REPLY AFFIDAVIT OF**
**JOSEPH SALVATOR**

STATE OF NEW YORK   )
                           )ss.:
COUNTY OF NEW YORK )

    **JOSEPH SALVATOR,** being duly sworn, deposes and says that:

    1.    I am a Certified Public Accountant licensed in the State of New York, and a member of the firm of Biscotti, Toback & Company, P.C., certified public accountants.

    2.    I have been the accountant for Prem.Air Group of New York LLC since 2006, and I have prepared the company's tax return for the calendar year ending December 31, 2006.

    3.    As such, I am familiar with the financial records of Prem.Air Group of New York LLC for the years 2006 and 2007.

    4.    Prem.Air Group of New York LLC has made no transfers to and conducted no business with Prem.Air Group LLC or Prem.Air New York LLC during this period.

5.  Indeed, my review of the records reveal that Prem.Air Group LLC had no business activity, no income, no sales and no payments.

6.  Prem.Air Group of New York LLC is a viable solvent and profitable company which is paying its undisputed financial obligations.

_____
Joseph Salvatore

Sworn to before me this
12th day of March 2008

_____
Notary Public

LISA RUBINO
NOTARY PUBLIC, State of New York
No. 4950797
Qualified in Nassau County
Commission Expires May 8, 19__ 2011

asdoc:c\prem.air-heimstadt-korte.reply aff (joseph salvatore)