UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD HEIMSTAEDT and TODD KORTE, <br><br> Plaintiffs, <br><br> -against- <br><br> PREM.AIR NEW YORK, LLC, PREM.AIR GROUP OF NEW YORK, LLC, PREM.AIR GROUP, LLC, MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS, ERIC BERKOWITZ, MCQUAY NEW YORK, LLC 401(K) PROFIT SHARING PLAN, and XYZ TRUSTEES OF THE MCQUAY NEW YORK, LLC 401(K) PROFIT SHARING PLAN, <br><br> Defendants. | CIVIL ACTION NO. 07 CV 9389 (JSR) <br><br> <u>Civil Action</u> <br><br><br> **CERTIFICATE OF SERVICE** |

JULIE MAMONE, being of full age, hereby certifies as follows:

1. I am a paralegal with the law firm of Cole, Schotz, Meisel, Forman & Leonard P.A., attorneys for Plaintiffs, Donald Heimstaedt and Todd Korte, in the above-captioned matter. I am over the age of eighteen (18) years and not a party to this action.

2. I certify that on **March 6, 2008**, this office electronically filed the following documents: (1) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Certain Counts of the First Amended Complaint, (2) Affidavit of Donald Heimstaedt in Opposition to Defendants' Motion to Dismiss Certain Counts of the First Amended Complaint, and (3) Affidavit of Todd Korte in Opposition to Defendants' Motion to Dismiss Certain Counts of the First Amended Complaint, with the United States District Court for the Southern District

of New York, and counsel of record for the Defendants received notice of the above referenced pleadings *via electronic service.*

*[signature]*
JULIE MAMONE

DATED: March 14, 2008