```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DONALD HEIMSTAEDT, TODD KORTE,           :
                                         :
            Plaintiffs,                  :    07 Civ. 9389 (JSR)
                                         :
       -v-                               :    ORDER
                                         :
PREM.AIR NEW YORK, LLC, PREM.AIR         :
GROUP OF NEW YORK, LLC, PREM.AIR         :
GROUP, LLC, MCQUAY NEW YORK, LLC,        :
GEORGE KOUTSSOS, ERIC BERKOWITZ,         :
MCQUAY NEW YORK PROFIT SHARING PLAN,     :
AND XYZ TRUSTEES OF THE MCQUAY NEW       :
YORK, LLC 401(k) PROFIT SHARING PLAN,    :
                                         :
            Defendants.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Clerk is directed to remove from the Court's electronic filing system the document entitled "Exhibit 2 to Koutsos Affidavit," docketed as Attachment #6 to Docket Entry #23 for the above-captioned case, and to substitute the document attached to this Order.

SO ORDERED.

Dated: New York, NY
       April 2**1**, 2008

_____
JED S. RAKOFF, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

## W-2 Wage and Tax Statement — 2006

| Field | Value |
|---|---|
| a Control number | 000063 01/4FZ |
| OMB No. | 1545-0008 4FZ |
| | 300   000063 |
| b Employer identification number (EIN) | 11-3484710 |
| c Employer's name, address, and ZIP code | MCQUAY NEW YORK LLC<br>43-24 21 STREET<br>LONG ISLAND CITY NY 11101 |
| d Employee's social security number | [redacted] |
| e Employee's first name and initial / Last name / Suff. | DONALD S   HEIMSTAEDT |
| Employee's address | 200 W 58TH ST #10D<br>NEW YORK NY 10019 |
| 1 Wages, tips, other compensation | 219523.41 |
| 2 Federal income tax withheld | 54640.30 |
| 3 Social security wages | 94200.00 |
| 4 Social security tax withheld | 5840.40 |
| 5 Medicare wages and tips | 230773.41 |
| 6 Medicare tax withheld | 3346.21 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | D   11250.00 |
| 13 | Retirement plan: X |
| 14 Other | 41.50 SDI |
| 15 State / Employer's state ID number | NY   11-3484710 |
| 16 State wages, tips, etc. | 219523.41 |
| 17 State income tax | 14190.57 |
| 18 Local wages, tips, etc. | 219523.41 |
| 19 Local income tax | 7906.32 |
| 20 Locality name | NYC RES |

Form W-2 Wage and Tax Statement 2006 — Copy D—For Employer. Department of the Treasury—Internal Revenue Service. For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

---

## W-2 Wage and Tax Statement — 2006

| Field | Value |
|---|---|
| a Control number | 000069 01/4FZ |
| OMB No. | 1545-0008 4FZ |
| | 300   000069 |
| b Employer identification number (EIN) | 11-3484710 |
| c Employer's name, address, and ZIP code | MCQUAY NEW YORK LLC<br>43-24 21 STREET<br>LONG ISLAND CITY NY 11101 |
| d Employee's social security number | [redacted] |
| e Employee's first name and initial / Last name / Suff. | TODD MICHAEL   KORTE |
| Employee's address | 400 E 55TH ST #7G<br>NEW YORK NY 10022 |
| 1 Wages, tips, other compensation | 21607.31 |
| 2 Federal income tax withheld | 5974.90 |
| 3 Social security wages | 21607.31 |
| 4 Social security tax withheld | 1339.65 |
| 5 Medicare wages and tips | 21607.31 |
| 6 Medicare tax withheld | 313.31 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | |
| 13 | |
| 14 Other | 3.90 SDI |
| 15 State / Employer's state ID number | NY   11-3484710 |
| 16 State wages, tips, etc. | 21607.31 |
| 17 State income tax | 1524.14 |
| 18 Local wages, tips, etc. | 21607.31 |
| 19 Local income tax | 125.79 |
| 20 Locality name | NYC RES |

Form W-2 Wage and Tax Statement 2006 — Copy D—For Employer. Department of the Treasury—Internal Revenue Service. For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.