UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

DONALD HEIMSTAEDT and TODD KORTE,

    Plaintiffs,

-against-

PREM.AIR NEW YORK, LLC, PREM.AIR GROUP OF NEW YORK, LLC, PREM.AIR GROUP, LLC, MCQUAY NEW YORK, LLC, GEORGE KOUTSSOS, ERIC BERKOWITZ, MCQUAY NEW YORK, LLC 401(K) PROFIT SHARING PLAN, and XYZ TRUSTEES OF THE MCQUAY NEW YORK, LLC 401(K) PROFIT SHARING PLAN,

    Defendants.

---------------------------------

CIVIL ACTION NO. 07 CV 9389 (JSR)

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**THIS MATTER,** having been amicably adjusted by and between the parties, it is hereby stipulated by and between plaintiffs, Donald Heimstaedt and Todd Korte, and defendants, Prem.Air Group of New York, LLC, Prem.Air Group, LLC, McQuay New York, LLC, George Koutsos, Eric Berkowitz, McQuay New York, LLC 401(K) Profit Sharing Plan and XYZ Trustees of the McQuay New York, LLC 401(K) Profit Sharing Plan, that the above matter in controversy, inclusive of all claims, be and hereby is dismissed with prejudice and without costs against any party, pursuant to FRCP 41(a)(1)(A)(ii).

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs, Donald Heimstaedt and Todd Korte, hereby voluntarily dismiss the above matter in controversy, inclusive of all

44630/0001-2616075v1

claims, with prejudice and without costs against non-answering and non-appearing defendant, Prem.Air New York, LLC, pursuant to FRCP 41(a)(1)(A)(i).

| | |
|---|---|
| LAW OFFICES OF<br>ARTHUR J. SEMETIS, P.C.<br>Attorneys for Defendants, Prem.Air Group of New York, LLC, Prem.Air Group, LLC, McQuay New York, LLC, George Koutsos, Eric Berkowitz, McQuay New York, LLC 401(K) Profit Sharing Plan and XYZ Trustees of the McQuay New York, LLC 401(K) Profit Sharing Plan<br><br>By: _____<br>Arthur J. Semetis<br>286 Madison Avenue, 14th Floor<br>New York, New York 10017<br>(212) 557-5055 ext. 769 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Attorneys for Plaintiffs<br><br>By: _____<br>Randi W. Kochman<br>900 Third Avenue, 16th Floor<br>New York, NY 10022-4728<br>(212) 752-8000 |

Dated: August 18, 2008
      New York, New York